**Order entered June 10, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00673-CV

### IN RE MARY BARTON, Relator

**Original Proceeding from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12P-033-2**

## ORDER

Before the Court is relator's June 10, 2016 petition for writ of mandamus or alternatively emergency rule 24.4 motion for review of supersedeas order. We **STAY** the trial court's June 8, 2016 order, pending resolution of this petition for writ of mandamus.

The Court requests that real parties in interest and respondent file their responses, if any, to the petition on or before June 24, 2016.

/s/     LANA MYERS
         JUSTICE